IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN INC., <br><br> Plaintiff, <br><br> v. <br><br> AUROBINDO PHARMA LTD., et al., <br><br> Defendants. | C.A. No. 16-853 (GMS) <br> CONSOLIDATED <br><br> REDACTED - <br> PUBLIC VERSION |
| AMGEN INC., <br><br> Plaintiff, <br><br> v. <br><br> MICRO LABS LIMITED and <br> MICRO LABS USA, INC., <br><br> Defendants. | C.A. No. 16-854 (GMS) <br><br> REDACTED - <br> PUBLIC VERSION |

**PLAINTIFF AND MICRO DEFENDANTS JOINT STIPULATION OF DISMISSAL**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Amgen Inc.*

COZEN O'CONNOR
Joseph J. Bellew (#4816)
1201 N. Market Street
Suite 1001
Wilmington, DE  19801
(302) 295-2000
jbellew@cozen.com

*Attorneys for Micro Labs Limited and Micro Labs USA, Inc.*

September 20, 2017  - Original Filing Date
September 27, 2017 - Redacted Filing Date

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiff Amgen Inc. ("Plaintiff" or "Amgen") and Defendants Micro Labs Limited and Micro Labs USA, Inc. (collectively, "Micro"), that:

(1) 

(2)

(3)

(4) Plaintiff's claims against Micro are dismissed without prejudice;

(5) Micro's counterclaims against Plaintiff are dismissed without prejudice;

(6) Each party shall bear its own costs, attorneys' fees, and expenses incurred in connection with the claims dismissed by this stipulation.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | COZEN O'CONNOR |
|---|---|
| */s/ Maryellen Noreika* | */s/ Joseph J. Bellew* |
| Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>mnoreika@mnat.com<br><br>*Attorneys for Amgen Inc.* | Joseph J. Bellew (#4816)<br>1201 N. Market Street<br>Suite 1001<br>Wilmington, DE 19801<br>(302) 295-2000<br>jbellew@cozen.com<br><br>*Attorneys for Micro Labs Limited and Micro Labs USA, Inc.* |

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| John D. Murnane<br>Joshua I. Rothman<br>Alicia A. Russo<br>Erica L. Norey<br>Robert S. Pickens<br>FITZPATRICK, CELLA, HARPER & SCINTO<br>1290 Avenue of the Americas<br>New York, NY  10104-3800<br>(212) 218-2100 | Martin B. Pavane<br>Marilyn Neiman<br>COZEN O'CONNOR<br>277 Park Avenue<br>New York, NY  10172<br>(212) 883-4900 |

Wendy A. Whiteford
Lois M. Kwasigroch
AMGEN INC.
One Amgen Center Drive
Thousand Oaks, CA 91320-1789
(805) 447-1000

September 20, 2017 - Original Filing Date
September 27, 2017 - Redacted Filing Date